UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| PROJECT VOTE, ET AL., | : | CASE NO. 1:08CV02266 |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| vs. | : | ORDER AND NOTICE OF |
|  | : | OF HEARING |
| MADISON COUNTY BOARD OF | : |  |
| ELECTIONS, ET AL., | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : | : |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case is before the Court upon plaintiffs' motion for temporary restraining order. The Court schedules the subject motion for hearing on Monday, September 29, 2008, at 12:30 p.m., in Courtroom 18A, Carl B. Stokes U.S Courthouse, 801 W. Superior Ave., Cleveland, Ohio.

Defendants shall file their responses to the motion for temporary restraining order by 10:00 a.m., Sunday, September 28, 2008, and plaintiffs shall file their reply by Monday, September 29, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 26, 2008               s/    *James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE

1